UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> AND THE STATE OF VERMONT <br> EX. REL. ROBERT E. MANCHESTER, <br><br> Plaintiff/Relator, <br><br> v. <br><br> PURDUE PHARMA, L.P. et al., <br> MCKESSON CORPORATION, <br> CARDINAL HEALTH INC., and <br> AMERISOURCE CORPORATION, <br><br> Defendants. | Civil No. 2:18-cv-73 |

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the State of Vermont having declined to intervene in this action pursuant to the Vermont False Claims Act, 32 V.S.A. § 632(b)(5)(B), the Court hereby **ORDERS** that:

1. the Complaint be unsealed and served on the defendants by the relator;

2. all other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order, the United States' Notice of Election to Decline Intervention, which the relator shall serve on the defendants only after effecting service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including

supporting memoranda, upon the United States and the State of Vermont, as provided for by 31 U.S.C. § 3730(c)(3) and 32 V.S.A. § 633(c), respectively. The United States and the State of Vermont may order any deposition transcripts and are entitled to intervene in this action, for good cause shown, at any time;

5. the parties shall serve all notices of appeal upon the United States and the State of Vermont;

6. all Orders of this Court shall be sent to the United States and the State of Vermont; and

7. should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States and the State of Vermont, and provide the United States and the State of an opportunity to be heard on the matter, before ruling or granting its approval.

**IT IS SO ORDERED**.

Dated: November 29, 2022                     /s/ William K. Sessions III
                                             Hon. William K. Sessions III
                                             United States District Court Judge